# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Todd Pancake, Board of Trustees Chairman, and Doug Robinson, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND; | )<br>)<br>)<br>)<br>) |
| Todd Pancake, Board of Trustees Chairman, and Greg Hauswald, Board of Trustees Secretary on behalf INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; | )<br>)<br>)<br>)<br>)<br>) |
| Todd Pancake, Board of Trustees Co-Chairman, and William Nix, Board of Trustees Co-Chairman, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; | )<br>)<br>)<br>)<br>) |
| Todd Pancake, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; | )<br>)<br>)<br>)<br>)<br>) |
| Douglas J. McCarron, Board of Trustees Chairman, on behalf of UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA; | ) CASE NO.  1:20-CV-315<br>)<br>)<br>)<br>) |
| and, | ) |
| INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS, | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | )<br>) |
| ALL KRAFT ERECTORS, INC., | )<br>) |
| Defendant. | ) |

## COMPLAINT

Plaintiffs **Todd Pancake, Board of Trustees Chairman, and Doug Robinson, Board of Trustees Secretary,** on behalf of **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND; Todd Pancake, Board of Trustees Chairman, and Greg Hauswald, Board of Trustees Secretary** on behalf of **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; Todd Pancake, Board of Trustees Co-Chairman, and William Nix, Board of Trustees Co-Chairman,** on behalf of **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; Todd Pancake, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary,** on behalf of **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; Douglas J. McCarron, Board of Trustees Chairman,** on behalf of **UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA;** and, **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS**, by their attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD.**, complain of Defendant **ALL KRAFT ERECTORS, INC.** stating as follows:

## COUNT I

1.      This action arises under and jurisdiction resides with this Court pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001, et seq., ("ERISA") and more particularly under Sections 502 and 515 of ERISA, 29 U.S.C. §1132 and §1145, and is brought by Plaintiffs **Todd Pancake, Board of Trustees Chairman, and Doug Robinson, Board of Trustees Secretary,** on behalf of **INDIANA/KENTUCKY/OHIO**

REGIONAL COUNCIL OF CARPENTERS PENSION FUND; Todd Pancake, Board of Trustees Chairman, and Greg Hauswald, Board of Trustees Secretary on behalf of **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND**; Todd Pancake, Board of Trustees Co-Chairman, and William Nix, Board of Trustees Co-Chairman, on behalf of **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND**; Todd Pancake, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND**; Douglas J. McCarron, Board of Trustees Chairman, on behalf of **UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA** (collectively referred to as the "Trust Funds") in order to judicially enforce the obligations owed, and breached, by Defendant **ALL KRAFT ERECTORS, INC.** ("All Kraft") to the Plaintiffs Trust Funds. More specifically, Plaintiffs Trust Funds seek an order compelling Defendant All Kraft to pay all delinquent contributions found due in Plaintiffs' March 19, 2014 variance letter[1] sent to Defendant All Kraft. Plaintiffs Trust Funds also seek an order directing All Kraft to pay liquidated damages and interest on the delinquent contributions, plus attorneys' fees and costs incurred by Plaintiffs as a result of being forced to bring this action.

    **2.**    Plaintiffs Trust Funds are employee benefit funds within the meaning of and subject to ERISA. The Plaintiffs Trust Funds provide benefits for employees working within this judicial district and are, themselves, administered in this judicial district, with the exception of UBCATF.

---

[1] Attached hereto as Exhibit A.

**3.** At all times materials herein, Defendant All Kraft has employed employees within this judicial district.

**4.** Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and 28 U.S.C. § 1391(b)(2).

**5.** At all times material herein, Defendant All Kraft has been a signatory to a collective bargaining agreement with the Indiana/Kentucky/Ohio Regional Council of Carpenters ("Union") and, as such, is bound by the Plaintiffs Trust Funds' Agreements and Declarations of Trust ("Trust Agreements").

**6.** Defendant All Kraft breached the Agreements identified in Paragraph 5 of this Count and is in violation of Sections 502 and 515 of ERISA (and 29 U.S.C. § 185) by failing to pay the contributions and contractually required interest and liquidated damages to the Plaintiffs Trust Funds.

**7.** Despite Plaintiffs Trust Funds' requests, Defendant All Kraft has failed to pay the contractually and statutorily required monies.

**8.** Plaintiffs Trust Funds have satisfied all statutory prerequisites as set forth in 29 U.S.C. §1132 (h).

WHEREFORE, Plaintiffs Trust Funds pray this Court order that:

**1.** Defendant All Kraft pay the delinquent contributions, interest and liquidated damages found due in Plaintiffs' March 19, 2014 variance letter sent to Defendant All Kraft which are owed to Plaintiffs Trust Funds;

**2.** Defendant All Kraft pay statutory post-judgment interest on all principal contributions found due by this Order;

3.  Defendant All Kraft pay Plaintiffs Trust Funds' attorneys' fees and costs incurred herein; and,

4.  Such other and further relief that this Court may find just and proper be entered against Defendant All Kraft.

## COUNT II

1.  Plaintiff **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS** ("Union") is a labor organization whose duly authorized officers or agents are engaged in representing or acting for employee members within this judicial district.

2.  At all times material herein, Defendant **ALL KRAFT ERECTORS, INC.** ("All Kraft") has been engaged in an industry affecting interstate commerce and employs individuals working within this judicial district.

3.  This Court has jurisdiction of this action pursuant to Section 301 of the Labor-Management Relations Act, 1947, as amended, 29 U.S.C. §185 ("LMRA").

4.  Venue is appropriate in this Judicial District a substantial part of the events or omissions giving rise to the claim occurred within this Judicial District.

5.  At all times material herein, Defendant All Kraft has been signatory to a collective bargaining agreement with the Union. Included among the contractual obligations between the parties is the requirement that All Kraft make payroll deductions to the Union.

6.  Defendant All Kraft breached its contractual obligations to the Union by failing to pay the delinquent deductions, plus interest and liquidated damages found due in Plaintiff's March 19, 2014 variance letter.

**7.** Despite the Union's request, Defendant All Kraft has failed to pay the monies identified in this Count.

WHEREFORE, Plaintiff Union prays this Court order that:

**1.** Defendant All Kraft pay the delinquent deductions, plus interest and liquidated damages found due in Plaintiff's March 19, 2014 variance letter owed to Plaintiff Union;

**2.** Defendant All Kraft pay statutory post-judgment interest on all principal deductions found due by this Order;

**3.** Defendant All Kraft pay Plaintiff Union's attorneys' fees and costs incurred herein; and,

**4.** Such other and further relief that this Court may find just and proper be entered against Defendant All Kraft.

Respectfully submitted,

**PAUL T. BERKOWITZ & ASSOCIATES, LTD.**

By     /s/ Paul T. Berkowitz
       **PLAINTIFFS' ATTORNEYS**

PAUL T. BERKOWITZ & ASSOCIATES, LTD.
123 West Madison Street, Suite 600
Chicago, Illinois  60602
P: (312) 419-0001
F: (312) 419-0002
E: paul@ptblaw.com
Attorney ID #19025-49